# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1429

NISSIM CORP.,

Plaintiff-Appellant,

v.

CLEARPLAY, INC.,
MATTHEW JARMAN, and LEE JARMAN,

Defendants-Appellees.

Appeal from the United States District Court for the Southern District of Florida in case no. 04-CV-21140, Senior Judge Paul C. Huck.

Authorized Abbreviated Caption[2]

NISSIM CORP. V CLEARPLAY, INC., 2013-1429

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.